```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br>Summer Hills, LLC,<br><br>        Defendant | Case No. **2:11-cv-01143-JAM-KJN**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL AUGUST 15, 2011 FOR DEFENDANT SUMMER HILLS, LLC TO RESPOND TO COMPLAINT |

 Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Summer Hills, LLC, by and through their respective attorneys of record, Scott N. Johnson; Carol R. Brophy, stipulate as follows:

   1. An extension of time has been previously
       obtained for Defendant Summer Hills, LLC until

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

```
                   July 14, 2011 to respond or otherwise plead

                   reference to Plaintiff's complaint.

              2. Defendant Summer Hills, LLC is granted an

                   extension until August 15, 2011 to respond or

                   otherwise plead reference to Plaintiff's

                   complaint.

              3. Defendant Summer Hills, LLCs' response will be

                   due no later than August 15, 2011.


     IT IS SO STIPULATED effective as of July 13, 2011
```

Dated:   July 13, 2011                    /s/Carol R. Brophy__   ___

                                          Carol R. Brophy,

                                          Attorney for Defendant

                                          Summer Hills, LLC


Dated:   July 13, 2011                    /s/Scott N. Johnson  ____

                                          Scott N. Johnson,

                                          Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendant Summer Hills, LLC shall have until August 15, 2011 to respond to complaint.

Dated: 7/13/2011                    /s/ John A. Mendez_____

                                    United States District Judge

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com